United States District Court
Southern District of Texas

**ENTERED**

May 24, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GAIL ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-05224 |
| | § | |
| FIRST ADVANTAGE CORPORATION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Joint Motion for Extension of Jurisdictional Discovery and Related Deadlines is granted. (Docket Entry No. 15).

Accordingly, it is ORDERED that the jurisdictional discovery period is extended by sixty (60) days, through and including July 28, 2026. The plaintiff will move to remand by August 25, 2026; the defendants will respond by September 8, 2026; and the plaintiff will reply by September 15, 2026. Oral argument is set for October 2, 2026, at 11:10 a.m. by Zoom.

SIGNED on _May 22_, 2026 at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge