## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Gail Adams

v.                                          Case Number: 4:25−cv−05224

First Advantage Corporation, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 6/9/2026 at 11:30 AM before Judge Lee H Rosenthal, by video.

Date: June 8, 2026

Nathan Ochsner, Clerk
by G. Hassan, Deputy Clerk