## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Gail Adams

v.                                                Case Number: 4:25–cv–05224

First Advantage Corporation, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/9/2026

**TIME:** 03:40 PM

**TYPE OF PROCEEDING:** Pre–Motion Conference

---

Date:   June 8, 2026                              Nathan Ochsner, Clerk