## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

GAIL ADAMS,

§
§
§

Plaintiff,

§
§

v.

§
§

CIVIL ACTION NO. 4-25-cv-5224

FIRST ADVANTAGE CORPORATION,

§
§
§

*et al.*,

§

Defendants.

§

## CERTIFICATE OF SERVICE OF WRITTEN DISCOVERY

I hereby certify that on this 8th day of June, 2026, I served the following written discovery documents:

• Plaintiff's Responses to Defendant First Advantage Corporation's First Set of Interrogatories

• Plaintiff's Responses to Defendant First Advantage Corporation's First Requests for Production

on all counsel of record in accordance with Federal Rule of Civil Procedure 5(b) by:

x Electronic filing through the Court's CM/ECF system.

The documents listed above have not been filed with the Court in accordance with applicable rules but are maintained by the undersigned and will be made available upon request.

Respectfully Submitted,

**Shackelford & Associates, LLC**

*/s/Ray L. Shackelford*
**RAY L. SHACKELFORD**
SBN: 18071500
1406 Southmore Blvd.
Houston, Texas 77004
(713)520-8484 - Office
(713)520-8192 – Fax
rshackctic@yahoo.com
**Attorney for Plaintiff**